■ In the Matter of CHARLES D. TOLBERT, an Attorney, Respondent. [910 NYS2d 751]—A certified copy of a certificate of conviction having been filed showing that Charles D. Tolbert was convicted of grand larceny in the third degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ.